**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: ULTRA PURE PRODUCTS, INC. | § | Case No. 15-04733 |
|  | § |  |
| MOUNTAIN PURE WATER SYSTEMS | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 31, 2015.  The undersigned trustee was appointed on October 31, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $            533,431.79

Funds were disbursed in the following amounts:

| Payments made under an interim distribution | 395,790.91 |
|---|---|
| Administrative expenses | 53,758.27 |
| Bank service fees | 2,256.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 81,626.49 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 11/26/2016 and the deadline for filing governmental claims was 04/28/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,921.59.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,921.59, for a total compensation of $29,921.59.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $131.76, for total expenses of $131.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2018              By:/s/Markian R Slobodian
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-04733 | **Trustee:** (580580) Markian R Slobodian |
| **Case Name:** ULTRA PURE PRODUCTS, INC. | **Filed (f) or Converted to (c):** 10/31/15 (f) |
| | **§341(a) Meeting Date:** 12/11/15 |
| **Period Ending:** 06/21/18 | **Claims Bar Date:** 11/26/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 704 E. Sunbury, 525 E. Sunbury, 527 E. Sunbury | 980,000.00 | 10,000.00 | | 425,000.00 | FA |
| 2 | Checking Account at Juniata Valley Bank, Millers | 450.00 | 0.00 | | 10,455.13 | |
| 3 | 14 Foot Box Trailer (Grey) | 2,000.00 | 1,500.00 | | 1,900.00 | |
| 4 | 24 Foot Box Trailer (White) Racing Logos | 3,500.00 | 2,000.00 | | 2,300.00 | |
| 5 | 16 Foot Open Trailer (Red) | 500.00 | 800.00 | | 1,200.00 | |
| 6 | 2013 Cadillac CTS | 15,866.12 | 0.00 | | 0.00 | |
| 7 | 2013 Dodge Caravan (service van) | 9,718.53 | 0.00 | | 0.00 | |
| 8 | 2013 Dodge Caravan (service van) | 9,718.53 | 0.00 | | 0.00 | |
| 9 | Office Equipment, Furniture, Supplies | 11,510.00 | 800.00 | | 1,000.00 | |
| 10 | Generator, Forklift, Electric Pallet Jack | 16,500.00 | 30,000.00 | | 34,150.00 | |
| 11 | Inventory | 1,970.00 | 800.00 | | 1,000.00 | |
| 12 | 2007 Dodge Nitro Silver  (u) | 1,500.00 | 1,500.00 | | 1,900.00 | |
| 13 | 2000 Chevy Van (inoperable)  (u) | 500.00 | 300.00 | | 400.00 | |
| 14 | Bottling System/Water Tanks  (u) | 0.00 | 10,000.00 | | 26,000.00 | |
| 15 | Lift, Mower, Other Equipment  (u) | 0.00 | 15,000.00 | | 18,350.00 | |
| 16 | Misc. Personal Property and Tools  (u) | 0.00 | 4,000.00 | | 4,845.00 | |
| 17 | Rent Proceeds (Storage Units and Apartment)  (u) | 0.00 | 3,351.20 | | 3,462.30 | |
| 18 | Funds Received from Ally Financial  (u) | 0.00 | 1,437.64 | | 1,437.64 | |
| 19 | Liquidation of Bank Account at Northwest Savings  (u) | 0.00 | 0.00 | | 31.72 | FA |
| **19** | **Assets** Totals (Excluding unknown values) | **$1,053,733.18** | **$81,488.84** | | **$533,431.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/27/16 - Trustee requested the following additional information and documents:

1) Invoices & computer printout regarding #3 Financial Affairs for payments over $1,500.00;

2) Amended Schedule B to list all personal property;

3) Key to Building;

4) Contact information for the 36 Unit Storage Facility;  X

5) Original titles to vehicles;

6) Bank account number and branch location.

341 meeting continued to 3/11/16 @ 9:00 am.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-04733 | **Trustee:** (580580) Markian R Slobodian |
| **Case Name:** ULTRA PURE PRODUCTS, INC. | **Filed (f) or Converted (c):** 10/31/15 (f) |
| | **§341(a) Meeting Date:** 12/11/15 |
| **Period Ending:** 06/21/18 | **Claims Bar Date:** 11/26/16 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/27/16 - Application for appointment of attorney for trustee filed.

1/27/16 - Letter to L. Frank, Esq. requesting above information.

2/2/16 - Storage Unit Tenant list and 1099 vendor list received from Debtor's counsel.

2/8/16 - Order approving appointment of attorney for trustee.

2/24/16 - Email to C. Barba, Esq., counsel for Bank, regarding Trustee offer to sell real estate for $5,000.00 carveout with all additional sale costs in addition to the carveout.

4/26/16 - 341 meeting continued to this date. Debtor's principal was a no show due to meeting with representation regarding criminal allegations and investigation by PA Attorney General.

5/24/16 - 341 meeting continued to this date.

6/28/16 - 341 meeting continued to this date.

6/2/16 - Email from C. Barba, Esq. regarding request for Trustee to sell real estate and Trustee's response regarding same and regarding Trustee's revisions to waiver agreement holding the bank harmless.

6/20/16 - Bank statement received from debtor's principal.

7/1/16 - Subpoena received from PA Office of Attorney General requesting bankruptcy documents.

7/15/16 - Subpoena of records due to PA Office of Attorney General.

7/26/16 - 341 meeting continued to this date.

8/3/16 - Email to C. Barba, Esq. forwarding executed confidentiality agreement regarding obtaining copy of appraisal of real estate.

8/3/16 - Appraisal of real estate forwarded to Trustee from Wells Fargo Bank's counsel.

8/3/16 - Appraisal forwarded to J. Ross, Realtor.

8/8/16 - Letter from J. Ross regarding condition of property and listing contract for Trustee's review.

8/15/16 - Email to A. Winder, Esq. requesting assistance with liquidation of bank accounts at Juniata Valley Bank.

8/16/16 - Application for appointment of NAI/CIR as realtor filed by Trustee.

8/22/16 - Check received from Juniata Valley Bank representing liquidation of the checking account.

8/23/16 - 341 meeting continued to this date. Meeting concluded.

8/25/16 - Letter to Ocean City PD regarding notification of bankruptcy filing.

8/25/16 - Email to K. Pae forwarding various pictures of Ultra Pure premises in Millerstown, PA.

8/25/16 - Email to K. Pae forwarding copies of titles to vehicles.

8/25/16 - Asset notice filed.

9/7/16 - Order approving appointment of NAI/CIR as real estate broker for Trustee.

9/20/16 - Email to C. Barba, Bank's counsel, forwarding sale offer for 527 E. Sunbury Street property (does not include 525 E. Sunbury St.).

9/21/16 - Email to L. Levin at Lease Direct requesting whether the water tanks should be sold at auction by Trustee or if they will retrieve the tanks themselves.

9/22/16 - Email from Mr. Levin stating that Trustee should include the tanks in the auction sale with net proceeds to be split 50/50.

10/18/16 - Application for appointment of Kerry Pae as auctioneer for trustee filed.

10/25/16 - Amended Application to appoint Kerry Pae as auctioneer for trustee changing auction commission from 15% to 12%.

11/1/16 - Letter and Notice of Outstanding Check sent to Ally Financial requesting reissued check.

11/3/16 - Order approving Kerry Pae as auctioneer for trustee.

11/9/16 - Motion to Sell Personal Property at Public Auction filed by Trustee.

11/17/16 - Motion to Shorten Notice and Motion for Expedited Hearing filed regarding Motion to Sell Real Estate.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 15-04733 | Trustee: (580580) Markian R Slobodian | |
| Case Name: ULTRA PURE PRODUCTS, INC. | Filed (f) or Converted (c): 10/31/15 (f) | |
| | §341(a) Meeting Date: 12/11/15 | |
| Period Ending: 06/21/18 | Claims Bar Date: 11/26/16 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/17/16 - Motion to Sell Real Estate at 527 E. Sunbury St., Millerstown, PA filed by Trustee.

11/21/16 - Certificates of service filed regarding notice of motion to sell real estate, order approving shortened notice, order approving expedited hearing and order setting response and hearing dates.

11/26/16 - Claims Bar date.

12/4/16 - Objection deadline regarding motion to sell personal property at public auction.

12/5/16 - Objection deadline regarding motion to sell real estate at 527 E. Sunbury St., Millerstown, PA.

12/7/16 - Order approving sale of real estate at 527 E. Sunbury St., Millerstown, PA.

12/7/16 - Order approving auction sale of equipment at public auction.

12/8/16 - Email to Kerry Pae forwarding a copy of the order approving auction sale.

12/15/16 - Hearing on Motion to Sell Real Estate at 527 E. Sunbury St., Millerstown, PA.

12/22/16 - Closing held on sale of real estate at 527 E. Sunbury St., Millerstown, PA.

12/27/16 - Check returned from bank for Beth Leach, Rent payment for Oct & Nov 2016 for storage units 20 and 22, for a stop payment.

12/29/16 - Spoke with Beth Leach and she claimed she removed her items from the units in September 2016 and had nothing there in Oct or Nov, 2016.

12/29/16 - Request for vehicle information sent to PennDot regarding box van sold at auction sale.

1/3/17 - Settlement statement and check for gross sale proceeds from auction sale of personal property received from auctioneer.

1/4/17 - Original PA titles forwarded to various purchasers of vehicles at auction sale.

1/6/17 - Title information received for box truck. Truck in name of Farley Ferguson. Email to auctioneer regarding same.

1/9/17 - Trustee spoke with Mr. Ferguson about the sale of the box truck at auction and his intent regarding going forward with the sale.

1/10/17 - Report of sale filed regarding sale of 527 E. Sunbury St. real estate.

1/11/17 - Spoke with Ally Financial regarding non-receipt of reissued check. They will issue a new check.

1/18/17 - Check received from Ally Financial (formerly GMAC).

1/25/17 - Check forwarded to De Lage Landen Financial Services for the agreed upon 1/2 of net sale proceeds from the auction sale of the water tanks.

2/1/17 - Email to title company forwarding Owner's Affidavit regarding title insurance.

2/24/17- Motion to Shorten Time filed regarding motion to sell real estate at 525 E. Sunbury St., Millerstown, PA.

2/24/17 - Order approving motion to shorten time.

2/27/17 - Motion for sale of real estate at 525 E. Sunbury St., Millerstown, PA filed by Trustee.

2/28/17 - Order setting answer and hearing dates served on all parties in interest and certificate of service filed by Trustee.

2/28/17 - Notice and certificate of service filed regarding notice of sale of real estate at 525 E. Sunbury Street.

3/13/17 - Report of sale of personal property and vehicles filed by Trustee.

3/14/17 - Objection deadline regarding sale of 525 E. Sunbury Street.

3/21/17 - Affidavit of realtor regarding good faith purchase filed by Trustee regarding sale of 525 E. Sunbury Street.

3/21/17 - Letters to Northwest Savings Bank and BMO Harris Bank requesting liquidation of all bank accounts.

3/23/17 - Hearing on motion for sale of 525 E. Sunbury Street.

3/30/17 - Closing held on sale of 525 E. Sunbury Street, Millerstown, PA.

4/14/17 - Report of Sale filed regarding sale of 525 E. Sunbury St., Millerstown, PA.

8/29/17 - Letter to G. Dixon, CPA, requesting quote for preparation of income tax returns for bankruptcy estate.

9/8/17 - Application to employ Miller Dixon Drake, PC as accountant for trustee filed.

9/18/17 - Order approving appointment of Miller Dixon Drake, PC as accountant for trustee.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-04733 | Trustee: (580580) Markian R Slobodian |
| Case Name: ULTRA PURE PRODUCTS, INC. | Filed (f) or Converted (c): 10/31/15 (f) |
| | §341(a) Meeting Date: 12/11/15 |
| Period Ending: 06/21/18 | Claims Bar Date: 11/26/16 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

9/19/17 - Email to G. Dixon, CPA, forwarding order and requesting he prepare income tax returns.

10/12/17 - Tax returns forwarded to taxing authorities.

10/18/17 - Fee Application of Accountant filed by Trustee.

11/8/17 - Objection deadline regarding fee application of accountant.

11/17/17 - Order approving fee application of accountant.

11/20/17 - Letter to G. Dixon, CPA forwarding payment for preparation of income tax returns.

12/11/17 - Deadline for prompt determination from taxing authorities for taxes and penalties owed.

3/22/18 - Request for Court Costs. - None

4/3/18 - Objection to Claim #17 of Mark Davis filed by Trustee.

5/8/18 - Order sustaining objection to Claim of Mark Davis.

Case ready for TFR.

7/3/18 - TFR forwarded to US Trustee's office for review.

7/3/18 - Final fee application of Trustee's counsel filed by Trustee.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | June 1, 2017 | Current Projected Date Of Final Report (TFR): | June 21, 2018 (Actual) |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-04733
**Case Name:** ULTRA PURE PRODUCTS, INC.

**Taxpayer ID #:** \*\*-\*\*\*4963
**Period Ending:** 06/21/18

**Trustee:** Markian R Slobodian (580580)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*4666 - Checking Account
**Blanket Bond:** $8,132,694.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/16 | {2} | The Juniata Valley Bank | Liquidation of Bank Account #562106649 | 1129-000 | 10,455.13 | | 10,455.13 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,445.13 |
| 09/08/16 | {17} | James T. Rowland | Apartment Rent July 2016 | 1222-000 | 435.00 | | 10,880.13 |
| 09/08/16 | {17} | Caitlin A. Vachon | Storage Unit Rent, Unit #1 July 2016 | 1222-000 | 42.40 | | 10,922.53 |
| 09/19/16 | {17} | Harry D. and Connie L. Geedy | Rental of Storate Unit #31 Sept 2016 | 1222-000 | 63.60 | | 10,986.13 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.48 | 10,970.65 |
| 10/05/16 | {17} | Betty Rexroth | Rental Shed #12 - August 2016 | 1222-000 | 31.80 | | 11,002.45 |
| 10/05/16 | {17} | Betty Rexroth | Rental Shed #12 - Sept & Oct, 2016 | 1222-000 | 63.60 | | 11,066.05 |
| 10/05/16 | {17} | Gary L. & Elaine R. Sheaffer | Rental Sept & Oct, 2016 | 1222-000 | 63.60 | | 11,129.65 |
| 10/05/16 | {17} | David R. Patton | Rental Unit  2 - Sept & Oct, 2016 | 1222-000 | 84.80 | | 11,214.45 |
| 10/05/16 | {17} | James A. & Judith A. Wiley | Rental #24 & 33 Sept 2016 | 1222-000 | 84.80 | | 11,299.25 |
| 10/05/16 | {17} | Willard W. Mitchell | Rental Four - Jan & Feb | 1222-000 | 169.60 | | 11,468.85 |
| 10/05/16 | {17} | Roger Getz | Rental Aug - Oct, 2016 | 1222-000 | 159.00 | | 11,627.85 |
| 10/05/16 | {17} | John C. & Roberta O. Husic | Rental #36 - Aug & Sept, 2016 | 1222-000 | 84.80 | | 11,712.65 |
| 10/05/16 | {17} | James T. Rowland | Rental - Apartment - Aug, 2016 | 1222-000 | 435.00 | | 12,147.65 |
| 10/05/16 | {17} | Caitlin A. Vachon | Rental Unit #1 - July & Aug, 2016 | 1222-000 | 84.80 | | 12,232.45 |
| 10/05/16 | {17} | James A. & Judith A. Wiley | Rental #24 & #33 Oct 2016 | 1222-000 | 84.80 | | 12,317.25 |
| 10/06/16 | {17} | Caitlin A. Vachon | Rent Unit #1 - Oct 2016 | 1222-000 | 42.40 | | 12,359.65 |
| 10/06/16 | {17} | James T. Rowland | Rent Apt - Oct 2016 | 1222-000 | 435.00 | | 12,794.65 |
| 10/11/16 | {17} | Harry D. and Connie L. Geedy | Storage Unit #31 Oct 2016 | 1222-000 | 63.60 | | 12,858.25 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.13 | 12,841.12 |
| 11/03/16 | {17} | James T. Rowland | Rent - November 2016 | 1222-000 | 435.00 | | 13,276.12 |
| 11/03/16 | {17} | Caitlin A. Vachon | Rent Unit #1 Nov 2016 | 1222-000 | 42.40 | | 13,318.52 |
| 11/15/16 | {17} | James A. and Judith A. Wiley | Rental of Units 24 & 33 Nov 2016 | 1222-000 | 84.80 | | 13,403.32 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,383.10 |
| 12/12/16 | {17} | James T. Rowland | December Rent | 1222-000 | 435.00 | | 13,818.10 |
| 12/12/16 | {17} | Caitlin A. Vachon | Storage Unit #1, Dec Rent | 1222-000 | 42.40 | | 13,860.50 |
| 12/15/16 | {17} | Roger Getz | Nov, Dec 2016, Jan 2017 Rent - Storage Unit | 1222-000 | 159.00 | | 14,019.50 |
| 12/15/16 | {17} | Betty J. Rexroth | Nov, Dec 2016 Rent - Storage Unit | 1222-000 | 63.60 | | 14,083.10 |
| 12/15/16 | {17} | David R. Patton | Nov, Dec 2016 Rent - Storage Unit | 1222-000 | 84.80 | | 14,167.90 |
| 12/15/16 | {17} | Beth A. Leach | Oct, Nov 2016 Rent - Storage Units #20 & #22 | 1222-000 | 254.40 | | 14,422.30 |
| 12/15/16 | {17} | John C. and Roberta O. Husic | Oct, Nov 2016 Rent - Storage Unit | 1222-000 | 84.80 | | 14,507.10 |
| 12/22/16 | | Robert G. Badebach, Esq. | Sale Proceeds - Sale of RE at 527 E. Sunbury St., Millerstown, PA | | 5,000.00 | | 19,507.10 |
| | {1} | Justin B & Tiffany L. Mast | Gross Sale Proceeds          225,000.00 | 1110-000 | | | 19,507.10 |
| | | Wells Fargo Bank | Payoff of 1st Mortgage        -176,854.47 | 4110-000 | | | 19,507.10 |
| | | NAI/CIR | Real Estate Commission       -13,500.00 | 3510-000 | | | 19,507.10 |

Subtotals : $19,569.93    $62.83

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-04733 | **Trustee:** Markian R Slobodian (580580) |
| **Case Name:** ULTRA PURE PRODUCTS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4666 - Checking Account |
| **Taxpayer ID #:** **-***4963 | **Blanket Bond:** $8,132,694.00  (per case limit) |
| **Period Ending:** 06/21/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {17} | | Rent Proration & Security Deposits | -482.90 | 1222-000 | | | 19,507.10 |
| | | | Misc. Costs of Sale | -271.00 | 2500-000 | | | 19,507.10 |
| | {1} | Markian R. Slobodian | Bankruptcy Court Filing Fee & Notice Service Fee | -263.84 | 1110-000 | | | 19,507.10 |
| | | | Past Due Taxes | -14,775.73 | 4700-000 | | | 19,507.10 |
| | | | Past Due Municipal | -6,950.30 | 4700-000 | | | 19,507.10 |
| | | | Current Municipal | -400.00 | 2820-000 | | | 19,507.10 |
| | | | Current Real Estate Taxes | -6,501.76 | 2820-000 | | | 19,507.10 |
| 12/22/16 | {1} | Robert G. Radebach, Esq. | Expense Reimbursement - Sale of RE at 527 E. Sunbury St., Millerstown, PA | 1110-000 | 263.84 | | 19,770.94 |
| 12/27/16 | {2} | The Juniata Valley Bank | Reversed Deposit Rev. 6  Reversed Deposit 100001 1 Liquidation of Bank Account #562106649 | 1129-000 | 10,455.13 | | 30,226.07 |
| 12/27/16 | {2} | The Juniata Valley Bank | Reversed Deposit 100001 1 Liquidation of Bank Account #562106649 | 1129-000 | -10,455.13 | | 19,770.94 |
| 12/27/16 | {17} | Beth A. Leach | Reversed Deposit 100027 1 Oct, Nov 2016 Rent - Storage Units #20 & #22 | 1222-000 | -254.40 | | 19,516.54 |
| 12/28/16 | {17} | James A. and Judith A. Wiley | Storage Units 24 & 33, Dec. 2016 Rent | 1222-000 | 84.80 | | 19,601.34 |
| 12/28/16 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #15-04733, Bond # 016026361 | 2300-000 | | 5.70 | 19,595.64 |
| 12/29/16 | 102 | Commonwealth of PA | DL-135, Request for Vehicle Information | 2500-000 | | 9.00 | 19,586.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.40 | 19,565.24 |
| 01/03/17 | | Kerry Pae Auctioneers, Inc. | Gross Sale Proceeds - Sale of Personal Property | | 98,545.00 | | 118,110.24 |
| | {10} | | Gross Sale Proceeds | 34,150.00 | 1129-000 | | | 118,110.24 |
| | {3} | | Gross Sale Proceeds | 1,900.00 | 1129-000 | | | 118,110.24 |
| | {4} | | Gross Sale Proceeds | 2,300.00 | 1129-000 | | | 118,110.24 |
| | {5} | | Gross Sale Proceeds | 1,200.00 | 1129-000 | | | 118,110.24 |
| | {12} | | Gross Sale Proceeds | 1,900.00 | 1229-000 | | | 118,110.24 |
| | {13} | | Gross Sale Proceeds | 400.00 | 1229-000 | | | 118,110.24 |
| | {14} | | Gross Sale Proceeds | 26,000.00 | 1229-000 | | | 118,110.24 |
| | {15} | | Gross Sale Proceeds | 18,350.00 | 1229-000 | | | 118,110.24 |
| | {9} | | Gross Sale Proceeds | 1,000.00 | 1129-000 | | | 118,110.24 |
| | {11} | | Gross Sale Proceeds | 1,000.00 | 1129-000 | | | 118,110.24 |
| | | | Subtotals : | | $98,639.24 | $36.10 | |

{} Asset reference(s)

Case 1:15-bk-04733-HWV    Doc 97    Filed 09/20/18    Entered 09/20/18 10:56:47    Desc
Main Document    Page 8 of 24

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-04733 | | **Trustee:** | Markian R Slobodian (580580) | | |
| **Case Name:** | ULTRA PURE PRODUCTS, INC. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******4666 - Checking Account | | |
| **Taxpayer ID #:** | **-***4963 | | **Blanket Bond:** | $8,132,694.00 (per case limit) | | |
| **Period Ending:** | 06/21/18 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | Receipts $ | Disbursements $ | Checking Account Balance |
| | {16} | | Gross Sale Proceeds | 4,845.00 | | | 118,110.24 |
| | | Kerry Pae Auctioneers, Inc. | Non-Estate Sale of 1999 Box Truck | 5,500.00 | | | 118,110.24 |
| 01/19/17 | {18} | Ally | Refund Check from GMAC/Ally | 1221-000 | 1,437.64 | | 119,547.88 |
| 01/23/17 | 103 | PPL Electric Utilities | Account No. 26090-83063, 525 Maple St. | 2420-000 | | 65.01 | 119,482.87 |
| 01/23/17 | 104 | PPL Electric Utilities | Account No. 06332-05017, 525 E Sunbury St. | 2420-000 | | 298.84 | 119,184.03 |
| 01/23/17 | 105 | Kerry Pae Auctioneers, Inc. | 1999 Box Truck | 1280-000 | -5,500.00 | | 113,684.03 |
| 01/23/17 | 106 | Kerry Pae Auctioneers, Inc. | | | | 15,162.10 | 98,521.93 |
| | | | Auctioneer Commission | 11,165.40 | | | 98,521.93 |
| | | | Auctioneer Expenses | 3,996.70 | | | 98,521.93 |
| 01/25/17 | 107 | De Lage Landen Financial Services, Inc. | 1/2 Net Sale Proceeds from Auction Sale of Water Tanks | 4210-000 | | 11,440.00 | 87,081.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.82 | 86,937.11 |
| 02/08/17 | 108 | PPL Electric Utilities | Account No. 26290-83032, 529 Maple St. | 2420-000 | | 61.30 | 86,875.81 |
| 02/23/17 | 109 | PPL Electric Utilities | Account No. 26090-83063, 525 Maple St. | 2420-000 | | 65.84 | 86,809.97 |
| 02/23/17 | 110 | PPL Electric Utilities | Account No. 06332-05017, 525 E. Sunbury St. | 2420-000 | | 201.16 | 86,608.81 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.21 | 86,491.60 |
| 03/21/17 | 111 | PPL Electric Utilities | Account No. 06332-05017, 525 E. Sunbury St. | 2420-000 | | 194.13 | 86,297.47 |
| 03/21/17 | 112 | PPL Electric Utilities | Account No. 26090-83063, 525 E. Maple St. | 2420-000 | | 65.84 | 86,231.63 |
| 03/29/17 | {19} | Northwest Savings Bank | Liquidation of Bank Account No. 811-31-BRW-EM | 1229-000 | 31.72 | | 86,263.35 |
| 03/30/17 | | Bankers Settlement Services | Sale Proceeds - 525 E. Sunbury Street | | 5,000.00 | | 91,263.35 |
| | {1} | Issachar Group, LLC | Gross Sale Proceeds | 200,000.00 | 1110-000 | | 91,263.35 |
| | | Wells Fargo Bank, N.A. | Payment to 1st Mortgagee | -157,286.69 | 4110-000 | | 91,263.35 |
| | | NAI/CIR | Realtor Commission | -12,000.00 | 3510-000 | | 91,263.35 |
| | | Perry Co. Tax Claim Bureau | Delinquent RE Taxes | -19,223.13 | 4700-000 | | 91,263.35 |
| | | Millerstown Borough | Delinquent Municipal | -3,690.59 | 4800-000 | | 91,263.35 |
| | | Kim Savercool, Tax Collector | Current RE Taxes | -1,138.80 | 2820-000 | | 91,263.35 |
| | | | Misc. Costs of Sale | -120.00 | 2500-000 | | 91,263.35 |
| | {1} | Markian R. Slobodian, Trustee | Reimbursement of Costs of Sale | -1,190.79 | 1110-000 | | 91,263.35 |
| | {1} | Markian R. Slobodian, Trustee | Escrow for Final Electric Bills | -350.00 | 1110-000 | | 91,263.35 |
| 03/30/17 | {1} | Bankers Settlement Services | Reimbursement for Costs of Sale | 1110-000 | 1,540.79 | | 92,804.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.51 | 92,675.63 |
| 04/13/17 | 113 | PPL Electric Utilities | Account No. 06332-05017 | 2420-000 | | 126.40 | 92,549.23 |

| | | | | | Subtotals : | $2,510.15 | $28,071.16 |

{} Asset reference(s)

Case 1:15-bk-04733-HWV   Doc 97   Filed 09/20/18   Entered 09/20/18 10:56:47   Desc
Main Document      Page 9 of 24

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-04733 | |
| **Case Name:** | ULTRA PURE PRODUCTS, INC. | |
| **Taxpayer ID #:** | **-***4963 | |
| **Period Ending:** | 06/21/18 | |

| | |
|---|---|
| **Trustee:** | Markian R Slobodian (580580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4666 - Checking Account |
| **Blanket Bond:** | $8,132,694.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/17 | 114 | PPL Electric Utilities | Account No. 26090-83063, 525 Maple St. | 2420-000 | | 48.17 | 92,501.06 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.35 | 92,376.71 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.16 | 92,230.55 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.66 | 92,097.89 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.05 | 91,969.84 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.52 | 91,824.32 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.67 | 91,696.65 |
| 10/11/17 | 115 | PA Department of Revenue | Tax ID No. 25-1784963, RCT-101 for Tax Year 2015 | 5800-000 | | 500.00 | 91,196.65 |
| 10/11/17 | 116 | Department of the Treasury | Tax ID No. 25-1784963, Form 1120S, Tax Year 2015 | 5800-000 | | 4,680.00 | 86,516.65 |
| 10/11/17 | 117 | Department of the Treasury | Tax ID No. 25-1784963, Form 1120S, Tax Year 2016 | 5800-000 | | 390.00 | 86,126.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.16 | 85,989.49 |
| 11/20/17 | 118 | Miller Dixon Drake PC | Invoice No. G4610 | 3410-000 | | 3,500.00 | 82,489.49 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.68 | 82,365.81 |
| 12/27/17 | 119 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/27/2017 FOR CASE #15-04733, Bond #016026361 | 2300-000 | | 23.22 | 82,342.59 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.68 | 82,227.91 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.10 | 82,097.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.21 | 81,987.60 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.92 | 81,869.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.83 | 81,755.85 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.36 | 81,626.49 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 120,719.32 | 39,092.83 | **$81,626.49** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | **120,719.32** | **39,092.83** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$120,719.32** | **$39,092.83** |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-04733 |
| Case Name: | ULTRA PURE PRODUCTS, INC. |
| Taxpayer ID #: | **-***4963 |
| Period Ending: | 06/21/18 |

| | |
|---|---|
| Trustee: | Markian R Slobodian (580580) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4666 - Checking Account |
| Blanket Bond: | $8,132,694.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 120,719.32 |
|---|---|---|
| | Plus Gross Adjustments : | 412,712.47 |
| | Net Estate : | $533,431.79 |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******4666** | | **120,719.32** | **39,092.83** | **81,626.49** |
| | | **$120,719.32** | **$39,092.83** | **$81,626.49** |

{} Asset reference(s)

Printed: 09/18/2018 03:20 PM    V.14.14

# Claims Register

## Case: 15-04733   ULTRA PURE PRODUCTS, INC.

Claims Bar Date:   11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>10/31/15 | | $29,921.59<br>$29,921.59 | $0.00 | $29,921.59 |
| | Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>10/31/15 | | $131.76<br>$131.76 | $0.00 | $131.76 |
| | PPL Electric Utilities<br>2 North 9th Street CPC-GENN1<br>Allentown, PA 18101-1175<br><2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | Admin Ch.  7<br>10/31/15 | | $1,126.69<br>$1,126.69 | $1,126.69 | $0.00 |
| | Commonwealth of PA<br><2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>,  200 | Admin Ch.  7<br>10/31/15 | | $9.00<br>$9.00 | $9.00 | $0.00 |
| | Law Offices of Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>10/31/15 | | $17,340.00<br>$17,340.00 | $0.00 | $17,340.00 |
| | Law Offices of Markian R Slobodian<br>801 North Second St.<br>Harrisburg, PA 17102<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>10/31/15 | | $1,026.45<br>$1,026.45 | $0.00 | $1,026.45 |
| | Miller Dixon Drake PC<br>701 N Second St.<br>Harrisburg, PA 17102<br><3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>10/31/15 | | $3,500.00<br>$3,500.00 | $3,500.00 | $0.00 |
| | Kerry Pae Auctioneers, Inc.<br>543 Old Lancaster Valley Road<br>Milroy, PA 17063<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch.  7<br>10/31/15 | | $15,162.10<br>$15,162.10 | $15,162.10 | $0.00 |
| 0 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>10/31/15 | XXXX5764 | $11,440.00<br>$11,440.00 | $11,440.00 | $0.00 |
| 1 | PERRY COUNTY TAX CLAIM BUREAU<br>25 W MAIN STREET<br>NEW BLOOMFIELD, PA 17068<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>11/24/15 | Paid at Sale Closing. | $10,582.87<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733    ULTRA PURE PRODUCTS, INC.

Claims Bar Date:    11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | PERRY COUNTY TAX CLAIM BUREAU 25 W MAIN STREET NEW BLOOMFIELD, PA 17068 <5800-00   Claims of Governmental Units>,  570 | Priority 11/24/15 | Paid at Sale Closing. | $7,500.27 $0.00 | $0.00 | $0.00 |
| 3 -2 | kyle mcnaughton 127 gentle hills lane richfield, PA 17086 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/09/15 | | $10,000.00 $10,000.00 | $0.00 | $10,000.00 |
| 4 | Pennsylvania State Workers' Insurance Fund Mary Boyko,State Workers' Insurance Fund,100 Lackawanna Ave Scranton, PA 18503 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/11/16 | XXXXXX XXXX9991  Amended Claim Filed to Claim #8 | $7,002.00 $0.00 | $0.00 | $0.00 |
| 5 | KAREN J. MOYER 224 NOLAN DRIVE LEWISTOWN, PA 17044 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/04/16 | | $15,782.00 $15,782.00 | $0.00 | $15,782.00 |
| 6 | PERRY COUNTY TAX CLAIM BUREAU 25 W MAIN STREET NEW BLOOMFIELD, PA 17068 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 02/17/16 | Paid at Sale Closing. | $7,113.36 $0.00 | $0.00 | $0.00 |
| 7 | PERRY COUNTY TAX CLAIM BUREAU 25 W MAIN STREET NEW BLOOMFIELD, PA 17068 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 02/17/16 | Paid at Sale Closing. | $6,647.22 $0.00 | $0.00 | $0.00 |
| 8 | State Workers' Insurance Fund SWIF, attn: Mary Boyko, Asst. Counsel 100 Lackawanna Ave, 3rd Floor Scranton, PA 18503 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/25/16 | 9991 | $39,199.00 $39,199.00 | $0.00 | $39,199.00 |
| 9 -2 | kyle mcnaughton 127 gentle hills lane richfield, PA 17086 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/03/16 | Duplicate Claim.  See Claim #3 | $10,000.00 $0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733 ULTRA PURE PRODUCTS, INC.

Claims Bar Date: 11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 00 | PA Department of Revenue<br>Bureau of Corporation Taxes<br>Department 280427<br>Harrisburg, PA 17128-0427<br><5800-00 Claims of Governmental Units>, 560 | Priority<br>10/31/15 | | $500.00<br>$500.00 | $500.00 | $0.00 |
| 10 | Tyco Integrated Security LLC<br>10405 Crosspoint Blvd.<br><br>Indianapolis, IN 46256<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/02/16 | XXXX-XXXXX3<br>499 | $15,981.04<br>$15,981.04 | $0.00 | $15,981.04 |
| 11 | Kevin & LoRinda Wescott<br>10697 Church Creek Road<br>Lindley, NY 14858<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/03/16 | | $6,340.00<br>$6,340.00 | $0.00 | $6,340.00 |
| 12P | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>08/24/16 | | $9,743.14<br>$9,743.14 | $0.00 | $9,743.14 |
| 12U | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/24/16 | | $1,978.94<br>$1,978.94 | $0.00 | $1,978.94 |
| 13P | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>09/08/16 | | $37,034.33<br>$37,034.33 | $0.00 | $37,034.33 |
| 13U | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/08/16 | | $264,827.28<br>$264,827.28 | $0.00 | $264,827.28 |
| 14 | Nittany Oil Company, Inc.<br>1540 Martin Street<br>State College, PA 16803<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/14/16 | XX2792 | $441.37<br>$441.37 | $0.00 | $441.37 |
| 15 | DAVID AND JEANINE LINDSAY<br>368 EQUUS LANE<br>MILL HALL, PA 17751<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/21/16 | XXXX #0524 | $595.00<br>$595.00 | $0.00 | $595.00 |

# Claims Register

## Case: 15-04733    ULTRA PURE PRODUCTS, INC.

Claims Bar Date:    11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | The United Telephone Company of Pennsylvania, LLC<br>CenturyLink<br>359 Bert Kouns<br>Shreveport, LA 71106<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/11/16 | XXXXX5967 | $4,928.21<br>$4,928.21 | $0.00 | $4,928.21 |
| 17 | MARK DAVIS<br>5 SPANOGLE AVE REAR<br><br>LEWISTOWN, PA 17044<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/20/16 | | $2,536.67<br>$2,536.67<br>Allowed as UC per Order dated 5/8/18. | $0.00 | $2,536.67 |
| 18 | Wells Fargo Bank, N.A., s/b/m to Wachovia Bank, N.<br>123 S. Broad Street<br><br>Philadelphia, PA 19107<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/23/16 | XXXXXX1684<br><br>Paid at Sale Closing. | $1,717,620.85<br>$0.00 | $0.00 | $0.00 |
| 19 -2 | Millerstown Borough<br>44 North High Street<br><br>Millerstown, PA 17062<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/23/16 | <br>Paid at Sale Closing. | $12,628.56<br>$0.00 | $0.00 | $0.00 |
| 001 | Department of the Treasury<br>Internal Revenue Service<br>Cintinnati, OH 45999-0013<br><5800-00   Claims of Governmental Units>,  560 | Priority<br>10/31/15 | | $5,070.00<br>$5,070.00 | $5,070.00 | $0.00 |
| BOND | International Sureties, Ltd.<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>10/31/15 | | $28.92<br>$28.92 | $28.92 | $0.00 |
| NOTFILED | JUNIATA VALLEY BANK<br>4NMARKETSTREET<br>Millerstown, PA 17062<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/31/15 | XXXXXXXX1928 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | ALLY FINANCIAL<br>PO BOX 9001948<br>Louisville, KY 40290-1948<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/31/15 | XXXXXXXX6571 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733    ULTRA PURE PRODUCTS, INC.

Claims Bar Date:    11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | JUNIATA VALLEY BANK 4NMARKETSTREET Millerstown, PA 17062 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 10/31/15 | XXXXXXX1910 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | BERKHEIMER TAX ADMINISTRATOR PO BOX 25153 Lehigh Valley, PA 18002-5153 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | XXX6854 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | KIMBERLY J. SAVERCOOL TAX COLLECTOR 704 POPLAR STREET Millerstown, PA 17062 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | KIMBERLY J. SAVERCOOL TAX COLLECTOR 704 POPLAR STREET Millerstown, PA 17062 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | PA DEPT OF REVENUE BUREAU OF BUSINESS TRUST FUND TAXES PO BOX 280905 Harrisburg, PA 17128-0905 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | XXXX2710 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | MILLERSTOWN BOROUGH PO BOX 739 Millerstown, PA 17062 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | KIMBERLY J. SAVERCOOL TAX COLLECTOR 704 POPLAR STREET Millerstown, PA 17062 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | KIMBERLY J. SAVERCOOL TAX COLLECTOR 704 POPLAR STREET Millerstown, PA 17062 <5200-00   Unsecured Claims Allowed>,  505 | Priority 10/31/15 | | $0.00 $0.00 | $0.00 | $0.00 |

# Claims Register

## Case:  15-04733    ULTRA PURE PRODUCTS, INC.

Claims Bar Date:    11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | POSTMASTER<br><br>Millerstown, PA 17062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | JOHN S. SHEAFFER<br>RD 3 BOX 470<br>Mifflintown, PA 17059<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXU171 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | NJ EZ PASS VIOLATIONS<br>PROCESSING CENTER<br>PO BOX 4971<br><br>Trenton, NJ 08650<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXX<br>#XXXXXXXX38<br>86 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | PP&L<br>2 NORTH 9TH STREET<br>CPC-GENN1<br>Allentown, PA 18101-1175<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXXX-X3023 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | MILLERSTOWN MOTORS INC<br>22 N MARKET STREET<br>Millerstown, PA 17062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | MARK DAVIS<br>5 SPANOGLE AVE REAR<br>Lewistown, PA 17044<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | LEE WEAVER<br>692 KOPENHAVER RD<br>Mifflintown, PA 17059<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | PP&L<br>2 NORTH 9TH STREET<br>CPC-GENN1<br>Allentown, PA 18101-1175<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXXX-X5008 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | KELLYADVANTAGE.COM<br>ATTN: BILLING DEPT<br>101 MARKETSIDE AVE, STE404-150<br>Ponte Vedre, FL 32081<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733    ULTRA PURE PRODUCTS, INC.

Claims Bar Date:    11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | STANLEY STEEMER<br>1960 E COLLEGE AVE<br>Bellefonte, PA 16823<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXX #XX4416 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | TNT CONSTRUCTION TOM MULLEN<br>412 WALNUT STREET<br>Millerstown, PA 17062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | THE DAILY ITEM<br>PO BOX 607<br>Sunbury, PA 17870-0607<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | 9341 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | THOMAS POTTS<br>2281 COTTER ROAD<br>Sugar Run, PA 18846<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | UNITED STATES DEPT OF LABOR<br>200 CONSTITUTION AVE, NW<br>Washington, DC 20210<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | UPS<br>PO BOX 7247-0244<br>Philadelphia, PA 19170<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XX5EW7 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | REGESTER CHEVROLET INC<br>PO BOX 128<br>Thompsontown, PA 17094<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XX131A | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | WESTFIELD INSURANCE PAYMENT PROCESSING<br>PO BOX 9001566<br>Louisville, KY 40290-1566<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXXXX0007 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | HOOVER BROS INC<br>3255 PLEASANT VALLEY RD<br>Elliottsburg, PA 17024<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733   ULTRA PURE PRODUCTS, INC.

Claims Bar Date:   11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | PP&L<br>2 NORTH 9TH STREET<br>CPC-GENN1<br>Allentown, PA 18101-1175<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXXX-X3054 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | ALEXANDER BROTHERS GLASS CO<br>INC AB AUTO GLASS<br>39 CEDAR STREET<br>Mifflintown, PA 17059<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | AFLAC<br>1932 WYNNTON RD<br>Columbus, GA 31999<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XK594 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | CUTTING EDGE COMPUTERS<br>1999 ARCH ROCK ROAD<br>Mifflintown, PA 17059<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | COCOLAMUS CREEK DISPOSAL<br>SERVICE<br>31109 ROUTE 35 NORTH<br>Mcalisterville, PA 17049<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | MTPURE | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | DAWN TRY<br>55 N RIVERSIDE DRIVE<br>Mount Union, PA 17066<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | CENTRAL INDUSTRIAL SUPPLIES<br>PO BOX 15520<br>Wilmington, DE 19850-5520<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXX4596 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | DMA PREFERENCE SERVICES<br>PO BOX 505275<br>St. Louis, MO 63150-5275<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | BROADVIEW NETWORKS<br>PO BOX 9242<br><br>Uniondale, NY 11355-9242<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXX-XXX-XXX0-418 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 15-04733   ULTRA PURE PRODUCTS, INC.

Claims Bar Date:   11/26/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | CBC INNOVIS INC<br>PO BOX 535595<br>Pittsburgh, PA 15238-5595<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXXX1747 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | ALS ENVIRONMENTAL ALS GROUP<br>PO BOX 975444<br>Dallas, TX 75397-5444<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XP 670 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | ALL AMERICAN PUBLISHING<br>PO BOX 100<br>Caldwell, ID 83606-0100<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XX-XXXPUR2 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | BBB CORP ACCOUNTING DEPT<br>PO BOX 325<br>Hershey, PA 17033-0325<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XX# XXXX4309 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | HARTMAN & SCHEUCHENZUBER<br>4823 E. TRINDLE RD<br>SUITE 200<br>Mechanicsburg, PA 17050<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | BERKLEY MID-ATLANTIC GROUP<br>PO BOX 380458<br>Charlotte, NC 28258-0458<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/15 | XXXX8281 | $0.00<br>$0.00 | $0.00 | $0.00 |

Case Total:   $36,836.71   $457,806.78

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-04733
Case Name: ULTRA PURE PRODUCTS, INC.
Trustee Name: Markian R Slobodian

**Balance on hand:** $ 81,626.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 0 | De Lage Landen Financial Services, Inc. | 11,440.00 | 11,440.00 | 11,440.00 | 0.00 |
| 6 | PERRY COUNTY TAX CLAIM BUREAU | 7,113.36 | 0.00 | 0.00 | 0.00 |
| 7 | PERRY COUNTY TAX CLAIM BUREAU | 6,647.22 | 0.00 | 0.00 | 0.00 |
| 18 | Wells Fargo Bank, N.A., s/b/m to Wachovia Bank, N. | 1,717,620.85 | 0.00 | 0.00 | 0.00 |
| 19 -2 | Millerstown Borough | 12,628.56 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 81,626.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Markian R Slobodian | 29,921.59 | 0.00 | 29,921.59 |
| Trustee, Expenses - Markian R Slobodian | 131.76 | 0.00 | 131.76 |
| Attorney for Trustee, Fees - Law Offices of Markian R Slobodian | 17,340.00 | 0.00 | 17,340.00 |
| Attorney for Trustee, Expenses - Law Offices of Markian R Slobodian | 1,026.45 | 0.00 | 1,026.45 |
| Accountant for Trustee, Fees - Miller Dixon Drake PC | 3,500.00 | 3,500.00 | 0.00 |
| Auctioneer Fees - Kerry Pae Auctioneers, Inc. | 15,162.10 | 15,162.10 | 0.00 |
| Other Expenses: Commonwealth of PA | 9.00 | 9.00 | 0.00 |
| Other Expenses: International Sureties, Ltd. | 28.92 | 28.92 | 0.00 |
| Other Expenses: PPL Electric Utilities | 1,126.69 | 1,126.69 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 48,419.80
Remaining balance: $ 33,206.69

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00

Remaining balance: **$** 33,206.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,347.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PERRY COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 |
| 2 | PERRY COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 |
| 00 | PA Department of Revenue | 500.00 | 500.00 | 0.00 |
| 12P | Pennsylvania Department of Revenue | 9,743.14 | 0.00 | 6,916.52 |
| 13P | INTERNAL REVENUE SERVICE | 37,034.33 | 0.00 | 26,290.17 |
| 001 | Department of the Treasury | 5,070.00 | 5,070.00 | 0.00 |

Total to be paid for priority claims: **$** 33,206.69

Remaining balance: **$** 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 362,609.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 -2 | kyle mcnaughton | 10,000.00 | 0.00 | 0.00 |
| 4 | Pennsylvania State Workers' Insurance Fund | 0.00 | 0.00 | 0.00 |
| 5 | KAREN J. MOYER | 15,782.00 | 0.00 | 0.00 |
| 8 | State Workers' Insurance Fund | 39,199.00 | 0.00 | 0.00 |
| 9 -2 | kyle mcnaughton | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 10 | Tyco Integrated Security LLC | 15,981.04 | 0.00 | 0.00 |
|----|------------------------------|-----------|------|------|
| 11 | Kevin & LoRinda Wescott | 6,340.00 | 0.00 | 0.00 |
| 12U | Pennsylvania Department of Revenue | 1,978.94 | 0.00 | 0.00 |
| 13U | INTERNAL REVENUE SERVICE | 264,827.28 | 0.00 | 0.00 |
| 14 | Nittany Oil Company, Inc. | 441.37 | 0.00 | 0.00 |
| 15 | DAVID AND JEANINE LINDSAY | 595.00 | 0.00 | 0.00 |
| 16 | The United Telephone Company of Pennsylvania, LLC | 4,928.21 | 0.00 | 0.00 |
| 17 | MARK DAVIS | 2,536.67 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Case 1:15-bk-04733-HWV    Doc 97    Filed 09/20/18    Entered 09/20/18 10:56:47    Desc
Main Document      Page 24 of 24